IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH CASTILLO, | § | |
| *Plaintiff*, | § | SA-22-CV-00595-XR |
| vs. | § | |
| GAUMNITZ INC., | § | |
| *Defendant*. | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On July 13, 2022, the undersigned granted Plaintiff's motion to proceed *in forma pauperis* and ordered service of Plaintiff's Complaint on Defendant. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 22nd day of July, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE