IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JOSEPH CASTILLO,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 5:22-cv-00595-XR |
| § | |
| **GAUMNITZ, INC.,** § | |
| § | |
| *Defendant*. § | |

### ORDER ON MOTION FOR VOLUNTARY DISMISSAL

**WHEREAS**, upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that this cause of action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

IT IS SO **ORDERED**.

**SIGNED** this 23rd day of January, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE